# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>  Plaintiff,<br><br>  v.<br><br>SUITE ONE REAL ESTATE SERVICES, et al.,<br><br>  Defendants. | Case No.  1:22-cv-01300-AWI-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 4) |

Plaintiff Georgette G. Purnell ("Plaintiff"), proceeding *pro se*, initiated this civil action on October 12, 2022.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  Plaintiff's application was initially denied, without prejudice, and Plaintiff was directed to file a long form application.  (ECF No. 3.)  On November 8, 2022, Plaintiff submitted a long form application to proceed *in forma pauperis*.  (ECF No. 4.)  The Court finds Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is GRANTED.

1

2. Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated:  **November 9, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2