UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>             Plaintiff,<br><br>     v.<br><br>SUITE ONE REAL ESTATE SERVICES, *et al.*,<br><br>             Defendants. | Case No.  1:22-cv-01300-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 1, 6) |

Georgette G. Purnell proceeding *pro se* and *in forma pauperis*, initiated this civil action on October 12, 2022, against Suite One Real Estate Services and Matthew Dahman (collectively, "Defendants").  (Doc. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2023, the magistrate judge issued findings and recommendations, recommending that the complaint be dismissed for lack of subject matter jurisdiction and that this action be dismissed without prejudice to refiling in state court.  (Doc. 6.)  On March 27, 2023, Plaintiff filed objections.  (Doc. 7.)

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including the Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.  Plaintiff's objections do not meaningfully address the magistrate judge's reasoning

regarding the lack of jurisdiction. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 9, 2023, (Doc. 6), are **ADOPTED IN FULL**.
2. This action is **DISMISSED** for lack of subject matter jurisdiction, without prejudice to refiling in state court.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 13, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE